OPINION — AG — QUESTION(1): IS THE DEPARTMENT OF WILDLIFE CONSERVATION ENTITLED TO RECEIVE THE EARNINGS (INTEREST) ON DEPARTMENT FUNDS DEPOSITED WITH THE STATE TREASURER? — NEGATIVE, QUESTION(2): CAN THE DEPARTMENT INVEST FUNDS RECEIVED FROM LICENSE FEES IN SHORT TERM BONDS? — NEGATIVE. CITE: 62 O.S. 1961 82 [62-82], 62 O.S. 1961 87 [62-87] (LEE COOK) ** SEE: OPINION NO. 76-148 (1976) **